JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES

| | |
|---|---|
| TERRY WALLACE,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1 through 5, inclusive,<br><br>　　　　　　　　　Defendants. | CASE CV-11-08039-ODW(MRWx)<br><br>**JUDGMENT OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

On January 11, 2012, this Court entered an Order granting the Motion to Dismiss of Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS-2") and granted the Joinder to Motion to Dismiss by

Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS-1"). The Court granted Plaintiff TERRY WALLACE ("Plaintiff") fourteen (14) days leave to amend from the date of the Order with the failure to do so resulting in this case being dismissed with prejudice. Plaintiff was required to file her First Amended Complaint on or before January 25, 2012. Plaintiff failed to timely file her First Amended Complaint. Pursuant to that Order:

IT IS HEREBY ORDERED that this case is dismissed with prejudice as to all Defendants.

**IT IS SO ORDERED.**

Dated: <u>January 30, 2012</u>   _____
       HONORABLE OTIS D. WRIGHT, II
       UNITED STATES DISTRICT JUDGE